UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN QUINLAN,<br><br>    Plaintiff,<br><br>v.<br><br>QUAD/GRAPHICS, INC.,<br><br>    Defendant. | Civil Action No. 2083CV00627-C |

### CORPORATE DISCLOSURE STATEMENT OF QUAD/GRAPHICS, INC.

Pursuant to Fed. R. Civ. P. 7.1, Defendant Quad/Graphics, Inc., by and through undersigned counsel, makes the following Corporate Disclosure Statement, as of the date of filing:

1. Quad/Graphics, Inc. does not have a parent corporation; and

2. No entity owns ten percent (10%) or more of Quad/Graphics, Inc.'s stock.

Respectfully submitted,

QUAD/GRAPHICS, INC.

By its attorneys,

/s/ Stephen T. Melnick
Stephen T. Melnick (BBO No. 667323)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
(617) 378-6000 (t)
(617) 737-0052 (f)
smelnick@littler.com

Dated:  August 25, 2020

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of August, 2020, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent via email the attorney of record for plaintiff:

    John Fink, Esq.
    SIMS & SIMS, LLP
    53 Arlington Street
    Brockton, MA  02301
    johnfink@simsandsimsllp.com

                                                    /s/ Stephen T. Melnick
                                                    Stephen T. Melnick

4852-1505-2233.1 050407.1000