UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN QUINLAN,<br><br>       Plaintiff,<br><br>v.<br><br>QUAD/GRAPHICS, INC.,<br><br>       Defendant. | Civil Action No. 1:20-cv-11593-RWZ |

## DECLARATION OF MATT SHUMA

I, Matt Shuma, hereby depose and state as follows:

1. I am over the age of 18 and make the statements contained in this Declaration based on my personal knowledge. I am competent to testify as to all facts stated herein.

2. I work for Quad/Graphics, Inc. as a Senior Business Analyst.

3. In this position, I have access to and am familiar with the business records of Quad/Graphics. This Declaration is based in part on my review of Quad/Graphics' business records. These records were made at or near the time by someone with knowledge, or from information transmitted by someone with knowledge; these records are kept in Quad/Graphics' regular course of business; and it is Quad/Graphics' regular practice to make these records.

4. John Quinlan formerly worked for Quad/Graphics.

5. Before 2014, Mr. Quinlan was a part-owner of a company, UniGraphics, Inc.

6. Quad/Graphics acquired UniGraphics in February 2014.

7. As part of that deal, Quad/Graphics purchased Mr. Quinlan's ownership in UniGraphics.

8. In connection with the acquisition of UniGraphics, Quad/Graphics also agreed to employ Mr. Quinlan in a sales role.

9. Mr. Quinlan signed an Employment Letter Agreement with Quad/Graphics. A true and accurate copy of Mr. Quinlan's Employment Letter Agreement is attached as Exhibit 1.

10. In working with Quad/Graphics, Mr. Quinlan primarily worked for one customer and its distributor.

11. In working with this customer and its distributor, Mr. Quinlan developed extensive goodwill on behalf of Quad/Graphics.

12. Mr. Quinlan learned Quad/Graphics confidential information about the customer and its distributor, including specialized pricing, profit margins, and customer preferences.

13. From January 1, 2019 through June 18, 2020, Mr. Quinlan had over $5,000,000 in sales for Quad/Graphics.

14. From January 1, 2019 through June 18, 2020, Mr. Quinlan's sales yielded over $1,000,000 in margin for Quad/Graphics.

15. The exact sales volume and margin attributable to Plaintiff are confidential trade secrets of Quad/Graphics.

16. From January 1, 2019 through June 18, 2020, Mr. Quinlan was paid over $500,000 in commissions.

17. On June 18, 2020, Quad/Graphics terminated Mr. Quinlan.

18. At the time of his termination, Mr. Quinlan's base salary was $97,500.

[signature on next page]

3

I declare under the penalties of perjury that the foregoing is true and correct.  Executed September 8, 2020.


 /s/ Matt Shuma
Matt Shuma

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of September 2020, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

                                                  /s/ Stephen Melnick
                                                  Stephen Melnick