UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN QUINLAN,<br><br>    Plaintiff,<br><br>v.<br><br>QUAD/GRAPHICS, INC.,<br><br>    Defendant. | Civil Action No. 1:20-cv-11593-RWZ |

## DECLARATION OF STEPHEN MELNICK, ESQ.

I, Stephen Melnick, Esq., hereby depose and state as follows:

1. I am over the age of 18 and make the statements contained in this Declaration based on my personal knowledge. I am competent to testify as to all facts stated herein.

2. I represent Quad/Graphics, Inc. in the above-captioned matter.

3. On July 2, 2020, Plaintiff John Quinlan's lawyer, John Fink, Esq., sent an email to counsel for Quad/Graphics on behalf of Mr. Quinlan, which said: "my client would be amenable to signing a release, but not the additional items completed in the separation agreement."

4. On July 17, 2020, Mr. Fink sent an email to counsel for Quad/Graphics on behalf of Mr. Quinlan, which said: "Mr. Quinlan is prepared to accept payment of [h]is annualized take home averaged over the past two years for the duration of a non-compete/non-solicitation agreement as a separation agreement."

5. On August 5, 2020, on behalf of Quad/Graphics, I sent a revised separation agreement, deleting the so-called "additional items" Mr. Fink had referenced in his email of July 2, 2020.

6. Mr. Fink did not present a counter-offer on Mr. Quinlan's behalf before filing this lawsuit.

7. Mr. Fink left me a voicemail and sent me an email the afternoon of August 26, 2020 regarding remand, but filed Plaintiff's Motion to Remand before I could respond.

I declare under the penalties of perjury that the foregoing is true and correct. Executed September 8, 2020.

/s/ Stephen Melnick
Stephen Melnick

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September 2020, a true copy of the foregoing document was filed electronically through the Court's CM/ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ Stephen Melnick
Stephen Melnick